**2010–2128.   State ex rel. Kelly v. Bressler.**
In Procedendo. This cause originated in this court on the filing of a complaint for a writ of procedendo.

Upon consideration of relator's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS

*February 8, 2011*

[Cite as *02/08/2011 Case Announcements*, 2011-Ohio-542.]

## MOTION AND PROCEDURAL RULINGS